Julie E. Ravis
STEVENS & LEE
A PA Professional Corporation
Princeton Pike Corporate Center
100 Lennox Drive, Suite 200
Lawrenceville, NJ 08648
(610) 478-2077
jera@stevenslee.com
*Attorneys for Defendant The Loomis Company*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTY ZAGULA, et al., | |
| Plaintiffs, | Case No. 2:16-cv-08626-SDW-LDW |
| v. | **NOTICE OF UNOPPOSED MOTION** |
| RICHARD PINELES, et al., | |
| Defendants | |

**TO: All Counsel of Record**

  **PLEASE TAKE NOTICE** that on June 5, 2017 at 9:00 a.m., or as soon thereafter as counsel can be heard, Defendant The Loomis Company ("Loomis"), through its attorneys, shall move before the Honorable Susan D. Wigenton, United States District Judge, at the Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of a Qualified Protective Order.

  **PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Loomis shall rely upon the supporting Motion filed herewith. Loomis has also submitted a proposed Order. Loomis has not submitted a brief because the reasons for the relief requested are fully-set forth in the motion, and because the motion is filed jointly and with the consent of all parties and, therefore, a brief is not necessary and will not be filed in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that Loomis does not request oral argument in connection with this Motion, unless another party requests oral argument.

                                        STEVENS & LEE
                                        A Pennsylvania Professional Corporation

Date: April 27, 2017        By:   */s/ Julie E. Ravis*
                                              Julie E. Ravis
                                              Princeton Pike Corporate Center
                                              100 Lenox Drive, Suite 200
                                              Lawrenceville, NJ 08648
                                              Tel: (610) 478-2077
                                              Fax: (610) 371-7747
                                              jera@stevenslee.com

                                              *Attorneys for Defendant The Loomis Company*